Nicholas A. Carlin, State Bar No. 112532
PHILLIPS, ERLEWINE, GIVEN and CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: 415-398-0900
Fax: 415-398-0911

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANA BRISKI<br><br>Plaintiff,<br><br>v.<br><br>DOROTHY HERSEY,<br><br>Defendant. | Case No.: 4:17-CV-02675-KAW<br><br>**[Proposed] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

TO DEFENDANT DOROTHY HERSEY AND HER ATTORNEYS OF RECORD:

YOU HEREBY ORDERED TO SHOW CAUSE at _____ on _____, or as soon thereafter as this matter may be heard before the Honorable _____, at _____, why you, and those in active concert or participation with you, should not be enjoined pending trial of this action from maintaining possession of Plaintiff Zana Briski's artwork, as described in the Consignment Agreement attached hereto as Exhibit 1 (the "Artwork").

PENDING HEARING on the above Order to Show Cause, you, and those in active concert or participation with you, ARE HEREBY ORDERED TO immediately give possession of the Artwork to Plaintiff and/or her designated shipping company (US Art, Inc. or such other shipper as Plaintiff may choose to use), and to cooperate with Plaintiff and her designee in

---

**[PROPOSED] TRO AND OSC RE PRELIMINARY INJUNCTION**

PHILLIPS, ERLEWINE. GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA 94129
(415) 398-0900

specifying the location of the Artwork and allowing them to enter the premises where the Artwork is and to pack and remove the Artwork from the premises.

The above Temporary Restraining Order is effective as of the date of this Order. The Court excuses Plaintiff from posting bond.

This Order to Show Cause and supporting Papers must be served on Defendant no later than _____. Any response or opposition for this Order to Show Cause must be filed and personally served on Plaintiff's counsel no later than _____.

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                          United States Magistrate Judge

---

**[PROPOSED] TRO AND OSC RE PRELIMINARY INJUNCTION**