IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZANA BRISKI,

    Plaintiff,

  v.

DOROTHY HERSEY,

    Defendant.

No. C 17-02675 WHA

**ORDER SETTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER**

A hearing on plaintiff Zana Briski's motion for a temporary restraining order (Dkt. No. 14) is hereby set for **JUNE 29 AT 11:00 A.M.** on the condition that Briski gives notice of this motion and hearing to defendant Dorothy Hersey no later than **2:00 P.M. TOMORROW, JUNE 27**. Defendant may file a response to the motion by **JUNE 28 AT 2:00 P.M**.

**IT IS SO ORDERED.**

Dated: June 26, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE