IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZANA BRISKI,

    Plaintiff,

v.

DOROTHY HERSEY,

    Defendant.

No. C 17-02675 WHA

**ORDER RE DEFAULT JUDGMENT APPLICATION**

Even though defendant Dorothy Hersey has defaulted, the Court requires the extra precaution that notice of the default judgment application be provided to defendant. Please make sure this is done well in advance of the hearing.

**IT IS SO ORDERED.**

Dated: September 26, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE