IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZANA BRISKI,

    Plaintiff,

  v.

DOROTHY HERSEY,

    Defendant.

No. C 17-02675 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting plaintiff Zana Briski's motion for default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Briski, and against defendant Dorothy Hersey in the amount of $14,602.59. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 5, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE